

~~SEALED~~
s/ A. Santiago

ORDERED UNSEALED on 8/27/24    s/ andreasar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>PABLO CANSECO,<br><br>              Defendant. | Case No.:  '24 MJ3192<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about June 7, 2024, within the Southern District of California, defendant Pablo CANSECO knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: approximately 61 rounds of 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  21  day of August 2024.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On May 3, 2024, Officers with the Oceanside Police Department responded to a reported firearm brandishing near 623 Arthur Avenue. The victim reported the firearm was brandished by a Hispanic male driving a gray-colored newer-model Toyota. Police reviewed screenshots and video of the brandishing incident and observed a bald Hispanic male holding an object outside the window of a silver Toyota sedan with a black roof. Analysis of license plate readers near the area of the brandishing revealed a silver Toyota Camry bearing California license plate 8BHJ695 was near the brandishing at the time of the incident. A records search revealed that the Toyota Camry is registered to a female with the initials J.V. and Pablo CANSECO.

On June 7, 2024, Officers with the Oceanside Police Department were on patrol near Mimosa Court and Manzanita Drive, which is within the Southern District of California. While in that area, the Officers observed a silver Toyota Camry bearing California license plate 8BHJ695 run a stop sign in violation of California Vehicle Code §26708. The Officers also observed the Toyota to have dark tint on the front window in violation of California Vehicle Code §26708 and conducted a traffic stop based on those violations.

Police identified Pablo CANSECO as the driver and sole occupant of the Toyota and a records check revealed CANSECO had multiple prior felony convictions. During the traffic stop, Police observed CANSECO was in possession of a pocketknife. Based on CANSECO's criminal history, the pending brandishing investigation involving the Toyota and CANSECO matching that subject's description, and CANSECO's possession of a weapon during the traffic stop, police advised CANSECO to exit the Toyota. CANSECO initially refused the Officer's commands, but later complied. During a weapons pat down of CANSECO, Officers located a non-serialized P80 firearm (a "ghost gun") tucked in CANSECO's waistband. The firearm was loaded with approximately 17 rounds of 9mm ammunition. A probable cause search of the remainder of the Toyota revealed three additional firearm magazines and approximately 44 additional rounds of 9mm ammunition.

Records checks on CANSECO revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 10/17/2019 | CASC – Vista | Cal. P.C. §211— Robbery (Felony) | 4 Years Prison |
| 11/16/2014 | CASC – Vista | Cal. P.C. §136.1(c)(1)— Witness Intimidation (Felony) | 2 Years Prison |
| 7/14/2008 | CASC – Vista | Cal. P.C. §12025(a)(1)— Carrying Concealed Weapon (Felony) | 2 Years Prison |
| 4/17/2007 | CASC – Vista | Cal. P.C. §245(a)(1)— Assault with a Deadly Weapon (Felony) | 3 Years Prison (Suspended) |

The ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

### **REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.